IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| VERNEISA JACKSON, LARRY JACKSON, and PAMELA KING,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO: 3:11-cv-111-<br>*<br>*<br>*<br>*<br>* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Larry Jackson and Pamela King, and Defendant, Corrections Corporation of America, by counsel, hereby stipulate and agree to the dismissal with prejudice of all claims brought or that could have been brought by Pamela King and Larry Jackson in this matter, and with each party to bear its own costs and attorneys' fees.

　　　So Stipulated and Agreed by the parties:

_____
K. Prabhaker Reddy, Esq.
The Reddy Law Firm, P.C.
1325 Satellite Boulevard
Suite 1506
Suwanee, Georgia 30024

*For Plaintiffs, Pamela King and Larry Jackson*

_____
John T.L. Koenig, Esq.
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305-2954

*For Defendant, Corrections Corporation of America*