# EXHIBIT F

# McNeil Problem Solving Notice & Gunn Grievance Response

## CCA FACILITY EMPLOYEE PROBLEM SOLVING NOTICE

**CONFIDENTIAL:** THIS FORM IS TO BE MAINTAINED IN ACCORDANCE WITH POLICY 3-9, EMPLOYEE RECORDS

Facility: __McRae Correctional Facility__

Employee: __Tim McNeal__   Title: __Shift Supervisor__

Name of Supervisor Initiating Problem Solving Notice: __R. Troy Carey__

Policy Violation: ☐ Yes  ☒ No

If yes, policy Violated (Indicate Policy # and Title): _____

Date of Situation: __05-23-2010__   Date of Notice: __6-14-10__

**Description of Situation:**
*(To be completed electronically)*

On 05-23-2010 facility vehicles were brought through the Rear Gate to Back Dock to be washed. Adequate staffing was not assigned to the posts of Rear Gate and Back Dock when processing the facility vehicles into the facility. One staff member was performing the duty of both the Rear Gate and the Back Dock posts.
During an interview regarding this incident you stated that you were aware of the practice violation. Although you were attempting to complete a task assigned you did not have the appropriate staff to perform the task resulting in this violation.
As discussed during your interview if a situation occurs where you do not have the appropriate staff to perform a task without violation policy or procedures contact your supervisor and inform them of your needs to complete the task within the guidelines of policy and procedures.

Corrective Action Recommended: ☒ Yes  ☐ No

If yes:

☒Written Reprimand ☐Re-Assignment ☐Suspension ☐Demotion ☐Termination

☐Other _____

Supervisor's Signature    Title: Assistant Chief of Security    Date: 05-26-2010

**AT FACILITY LEVEL – SECTION BELOW TO BE COMPLETED BY WARDEN/ADMINISTRATOR**
**AT FSC LEVEL – SECTION BELOW TO BE COMPLETED BY APPLICABLE DEPARTMENT HEAD**

**Corrective Action Taken:**

☐ Written Reprimand

☐ Re-Assignment (Indicate New Assignment) _____

☒ Suspension (List Date(s) of Suspension) __3 Days Suspension__

☐ Demotion (Indicate New Position) _____

☐ Termination

☐ Other _____

EMPLOYEES MAY GRIEVE THE ABOVE BY FOLLOWING PROCEDURES ESTABLISHED IN CCA POLICY 3-6, EMPLOYEE GRIEVANCE PROCEDURES. A COPY OF POLICY 3-6 WILL BE PROVIDED UPON REQUEST.

Proprietary Information – Not for Distribution – Copyrighted
Property of Corrections Corporation of America

PAGE 2 OF 2

3-3A

W. Wells

Warden/Facility Administrator/ (Print/Type)
FSC Department Head

*[signature]*  6-14-10

Warden/Facility Administrator Signature/
FSC Department Head   Date

TIM MCNEAL

Employee Name (Print/Type)

*[signature]*  6-14-10

Employee Signature   Date
(Signature does not indicate agreement or disagreement
with the information contained on this document.
By signing, the employee is acknowledging receipt of this
Problem Solving Notice and his/her option to grieve such action.)

Proprietary Information -- Not for Distribution -- Copyrighted
Property of Corrections Corporation of America



June 16, 2011

Marc Gunn
1501 Avenue L
South Houston, TX 77587

Dear Mr. Gunn:

This correspondence is in regards to your original employee grievance which was received in the Operations Department on April 19, 2011, and amended grievance on June 13, 2011.

After reviewing your grievances and the information from the facility, I am upholding the Warden's decision to terminate your employment. In addition, your remedy requested is denied including payment of sick bank hours and six months severance package.

As per CCA Policy 3-6-1, Employee Grievance Procedures, Section 3-6.1.4, Guidelines F.3.c.vii; the responding manager's decision in Step Three is final.

Sincerely,

Lane Blair
Managing Director, Facility Operations
Division I

/jlw


Cc:   HR Manager
      File