FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JAN 22 PM 3:24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| VERNEISA JACKSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | CV 311-111 |
| | * | |
| CORRECTIONS CORPORATION OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff Verneisa Jackson's ("Plaintiff") motion for leave to file a pro se supplemental response to Defendant Corrections Corporation of America's ("Defendant") motion for summary judgment. (Doc. no. 68.) On December 16, 2013, Plaintiff, acting through her counsel, filed a response in opposition to Defendant's motion for summary judgment. Through the instant motion, Plaintiff, still represented by counsel, now seeks to supplement her response with material she prepared pro se.

As explained to Plaintiff at the hearing on January 21, 2014, she may not be represented by counsel and file materials pro se. See Jones v. United Space Alliance, L.L.C., 170 F. App'x 52, 57 (11th Cir. 2006) (affirming the district court's striking the party's pro se motion for reconsideration because

he was represented by counsel at the time he filed the motion); McCorvey v. United States Dep't of Veterans Affairs, 2013 WL 6511857, at *1 (S.D. Ala. Dec. 12, 2013). Accordingly, Plaintiff's motion for leave to file a pro se supplemental response (doc. no. 68) is **DENIED**.

   **ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE