# EXHIBIT A





Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

ADAM BARTROM ,ESQ.
BARNES & THORNBURG, LLP - FORT WAYNE
600 ONE SUMMIT SQUARE
FORT WAYNE, IN 46802-3119

## Invoice # BG330557

| Invoice Date | 08/13/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/12/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/24/2013 | JACKSON, ET AL. vs. CORRECTIONS CORPORAT | 358493 | 08/13/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 07/24/2013, VERNEISA JACKSON (ATLANTA, GA) | |
|    ORIGINAL & 1 CERTIFIED TRANSCRIPT PACKAGE | $ 1,439.45 |
|    EXHIBITS | $ 348.50 |
|    VIDEO | $ 1,475.00 |
|    APPEARANCE FEE HOURLY | $ 216.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
|    READ AND SIGN PROCUREMENT | $ 19.50 |
| | $ 3,528.45 |
|    SHIPPING | $ 94.94 |
| | $ 94.94 |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $1475.00 FOR VIDEO SERVICES.

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/27/2013** | **$ 3,623.39** |
| Amount Due After 09/27/2013 | $ 3,985.73 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



| | |
|---|---|
| Invoice #: | BG330557 |
| Payment Due: | 09/12/2013 |
| **Amount Due On/Before 09/27/2013** | **$ 3,623.39** |
| Amount Due After 09/27/2013 | $ 3,985.73 |

ADAM BARTROM ,ESQ.
BARNES & THORNBURG, LLP - FORT WAYNE
600 ONE SUMMIT SQUARE
FORT WAYNE, IN 46802-3119

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

002  0000330557  08132013  8  000362339  3  09122013  09272013  6  000398573  70