# EXHIBIT B-1

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

Deborah J. Akers
Paralegal
(317) 231-7500
dakers@btlaw.com

Certified Article Number

7196 9008 9111 3961 3743

SENDERS RECORD

November 8, 2012

*Via Certified Mail, Return Receipt Requested*

Medical Records Department
Wm. J. Briggs, M.D., P.C.
725 East Oak Street
P.O. Box 466
McRae, Georgia 31055-0466

   Re: Verneisa Jackson
     DOB:
     SSN:

Gentlemen:

  Pursuant to your October 31, 2012 fax and invoice (copies of which are enclosed), I am enclosing Barnes & Thornburg's check in the amount of $86.18 made payable to Wm. J. Briggs, M.D., P.C. for a *certified* copy of the medical records of Verneisa Jackson.

  We look forward to receiving the records at your earliest convenience. Thank you for your cooperation in this matter.

            Very truly yours,

            Deborah J. Akers
            Paralegal

DJA:trm
Enclosures
c: John T.L. Koenig (via e-mail)
  Adam L. Bartrom (via e-mail)

INDS02 DJA 1245453v1

Atlanta  Chicago  Delaware  Indiana  Michigan  Minneapolis  Ohio  Washington, D.C.

# BARNES & THORNBURG LLP

CHECK NO. 434616

| VOUCHER | INVOICE # | DATE | INVOICE DESCRIPTION | INVOICE AMT | AMOUNT PAID |
|---------|-----------|------|---------------------|-------------|-------------|
| 789107 | 29086.74 | 11-07-12 | Medical Records for Verneeisa Jackson - William J. Briggs MDPC | 86.18 | 86.18 |

THIS DOCUMENT CONTAINS ULTRAVIOLET FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A WATERMARK ON THE BACK

**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535

TO VERIFY THE AUTHENTICITY OF THIS CHECK, RUB OR BREATHE ON THE AREA ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

Fifth Third Bank
Indianapolis, INDIANA
71-859/749

CHECK NO. 434616

CHECK DATE 11/07/12

CHECK AMOUNT

$ 86.18********

EIGHTY-SIX AND 18/100 Dollars

PAY TO THE ORDER OF

William J. Briggs MDPC
144 East Oak Streer
McRae, GA 31055

⑆434616⑆  ⑈074908594⑈ 7653510706⑈

# Wm. J. Briggs, M.D., P.C.
## 725 E. Oak Street, P. O. Box 466
## McRae, Ga 31055-0466
*Office(229) 868-6467~Home(229)362-4548~Fax(229)868-5900*

## FACSIMILE COVER SHEET

To: _Deborah Akers_         Fax# (317) _231-7433_
    _Barnes & Thornburg LLP_

Date Sent: _10/31/12_

Time Sent: _6:30 p.m._

Message: _Request payment for medical records_

## Confidentiality Notice

*The information contained in this facsimile message is legally privileged and confidential information and is intended only for the use of the indiviual or entity named above. If the reader of this message is not the inteded recipient, or a duly authorized agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this facsimile is strictly prohibited. If you have recieved this facsimile in error, PLEASE notify us by telephone, and return the original message and any copies of it to us at the above address, via the United States Postal Service. We will reimburse you for any cost which you incur for postage.*

# Wm. J. Briggs, M.D., P.C.
725 E. Oak Street, P. O. Box 466
McRae, GA 31055-0466

Office (229) 868 6467, Home (229) 362 4548, FAX (229) 868 5900

10/31/2012

The cost for medical records on Venesia Jackson is $86.48. We must receive payment before records will be mailed.

Thanks

WILLIAM J. BRIGGS, M.D
725 OAK ST.
McRAE, GA 31055
(229) 868-6467