# EXHIBIT B-2

# BARNES & THORNBURG LLP

Deborah J. Akers
Paralegal
(317) 231-7500
dakers@btlaw.com

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

October 31, 2012

Psychiatric & Counseling Services
Karuna Reddy, MD
303A Shirley Avenue
Douglas, GA 31533

    Re:    Verneisa Jackson
           DOB:
           SSN: _____

To Whom It May Concern:

    Pursuant to your October 18, 2012 invoice (a copy of which is enclosed), I am enclosing Barnes & Thornburg's check in the amount of $15.00 for the medical records of Verneisa Jackson.

                              Very truly yours,

                              *Deborah J. Akers*

                              Deborah J. Akers
                              Paralegal

DJA:trm
Enclosure

INDS02 DJA 1245072v1

Atlanta      Chicago      Delaware      Indiana      Michigan      Minneapolis      Ohio      Washington, D.C.

| BARNES & THORNBURG LLP | | | | CHECK NO. | 434447 |
|---|---|---|---|---|---|
| VOUCHER | INVOICE # | DATE | INVOICE DESCRIPTION | INVOICE AMT | AMOUNT PAID |
| 787642 | Verneisa Jackson | 10-18-12 | Medical records for Verneisa Jackson | 15.00 | 15.00 |

THIS DOCUMENT CONTAINS ULTRAVIOLET FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A WATERMARK ON THE BACK

**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535

TO VERIFY THE AUTHENTICITY OF THIS CHECK, RUB OR BREATHE ON THE AREA ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

Fifth Third Bank
Indianapolis, INDIANA
71-859/749

CHECK NO.
434447

CHECK DATE 10/30/12        CHECK AMOUNT

$ 15.00********

FIFTEEN AND 00/100 Dollars

PAY TO THE ORDER OF
Psychiatric & Counseling Services
Karuna Reddy, MD
303A Shirley Ave
Douglas, GA 31533

⑈434447⑈  ⑆074908594⑆ 7653510706⑈

# Psychiatric & Counseling Services
## Karuna Reddy, MD
### 303A Shirley Ave, Douglas, GA 31533
### T. 912-383-8806   F. 912-383-8147

Date: 10/18/12

RE: Verneisa Jackson

To Whom It May Concern:

    Per your request, attached are our records on the above named patient. Our normal fee for this service is $15.00. Please remit this amount promptly to the above address.

Thank you,

Psychiatric & Counseling Services